United States District Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GULF WEST LANDFILL TX, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00404 |
| | § | |
| ENVIRONMENTAL INDUSTRIAL | § | |
| SERVICES GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

On this day, the Court considered Plaintiff Gulf West Landfill TX, LP's ("Gulf West") motion for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Having reviewed the Motion, this Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Judgment by Default is entered against Defendant, Environmental Industrial Services Group, Inc. ("EISG") in favor of Plaintiff, Gulf West.

It is further **ORDERED** that the instrument entitled "Affidavit Claiming Constitutional Lien Against Republic Services, AKA BFI Waste Systems of NA Inc., AKA Allied Waste North America INC AKA 19003 Gulf West" filed by EISG on October 25, 2001, under Document No. 174223 in the Real Property Records of Chambers County, Texas, in the amount of $728,512.30, covering and affecting the real property commonly known as the "Gulf West Landfill" located at 2601 Jenkins Road, Anahuac, Texas 77514, and as further described therein, shall be of no force and effect and shall not be a lien against the Gulf West Landfill.

SO ORDERED April 1, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge